UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60811-CIV-DIMITROULEAS

RONALD J. WALTMAN,

Magistrate Judge Snow

    Plaintiff,

vs.

I.C. SYSTEM, INC.,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE-14], filed herein on April 7, 2011. The Court has carefully considered the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal with Prejudice [DE-14] is hereby **APPROVED**;

2. The above-styled cause is hereby **DISMISSED with prejudice**, with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties;

3. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 8th day of April, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record